UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY<br><br>Plaintiff,<br><br>-against-<br><br>STATE NATIONAL INSURANCE COMPANY<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiff, The Travelers Indemnity Company ("Travelers"), by and through its undersigned counsel, as and for its Complaint against Defendant, State National Insurance Company ("SNIC"), alleges upon information and belief as follows:

**NATURE OF THE ACTION**

1. Travelers is providing a defense to Barr & Barr, Inc. ("Barr & Barr"), JMDH Real Estate Office, LLC ("JMDH") and Jetro Holdings, LLC ("Jetro") in a lawsuit entitled *Max Stewart v. SNIC Real Estate Offices, LLC, Jetro Holdings, LLC and Barr & Barr, Inc.* in the Supreme Court of the State of New York, County of Kings, Index Number 159073/2020 (the "Underlying Action").

2. In the instant action, Travelers seeks a declaration that SNIC is obligated to defend and indemnify Barr & Barr, JMDH and Jetro in the Underlying Action as additional insureds under the policy of liability insurance issued by SNIC, on a primary, non-contributory basis, and that Travelers is entitled to judgment for all defense and indemnity costs incurred on behalf of Barr & Barr, JMDH and Jetro in the Underlying Action.

**THE PARTIES**

3. At all times relevant hereto, Travelers was and is a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in Hartford,

1

Connecticut.

4. Upon information and belief, and at all times relevant hereto, SNIC is a Delaware corporation with a principal place of business in Dallas/Fort Worth, Texas.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction due to diversity of citizenship and amounts in controversy in excess of $75,000, exclusive of interests and costs, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 2201.

6. In the Underlying Action, Max David Stewart ("Claimant") seeks recovery for alleged personal injuries sustained in an accident that took place on October 25, 2019 in Flushing, New York. The purported value of the Underlying Action exceeds $75,000.00.

7. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events giving rise to this claim occurred in this judicial district.

8. An actual justiciable controversy exists between the parties as to the coverage afforded under the insurance policy issued by SNIC.

9. Travelers has no adequate remedy at law.

## THE RELEVANT POLICIES

10. SNIC issued a general liability insurance policy to Construction Resources Corporation of New York ("CRC") bearing policy number PSI 1800121 for the policy period November 3, 2018 to November 3, 2019 (the "SNIC Policy").

11. Subject to certain terms, conditions, and exclusions, the SNIC Policy generally provides coverage for bodily injury that takes place during the policy period and is caused by an accident.

12. The SNIC Policy (in Endorsement No. 3) ("Blanket Additional Insured") extends coverage to Barr & Barr, JMDH and Jetro as additional insureds with respect to the claim at issue in the Underlying Action, with the subject coverage (as per Endorsement No. 19 of the SNIC Policy) applying on a primary and non-contributory basis.

13. Travelers issued a general liability insurance policy to Barr & Barr bearing policy number 2381A784 for the policy period April 1, 2019 to April 1, 2020 (the "Travelers Policy").

14. Subject to certain terms, conditions, and exclusions, the Travelers Policy generally provides coverage for bodily injury that takes place during the policy period and is caused by an accident.

15. The Travelers Policy contains an excess "other insurance" provision which provides that coverage under the Travelers Policy is excess over any other insurance available to an insured when the insured has been added as an additional insured on another policy.

**BACKGROUND FACTS**

16. Barr & Barr and CRC entered into a subcontract agreement dated March 27, 2018 (the "Subcontract"), pursuant to which CRC agreed to perform certain services associated with the Jetro corporate office relocation project at JMDH's real estate offices located at 13311 20th Avenue in Flushing, New York (the "Premises").

17. In the Underlying Action, Claimant alleges that, on or about October 25, 2019, he tripped over a raised edge of Masonite floor covering at the Premises, causing him to suffer numerous personal injuries which required surgery on his right shoulder and wrist.

18. Travelers is defending Barr & Barr, JMDH and Jetro in connection with the Underlying Action.

19. In the Underlying Action, Claimant seeks to impose liability on Barr & Barr, JMDH and Jetro for alleged bodily injury which was caused, in whole or in part, by the acts or omissions of CRC or the acts or omissions of those acting on CRC's behalf in connection with the Premises.

## TENDER TO SNIC

20. By correspondence and emails dated November 4, 2019, January 28, 2020 and December 15, 2021, Travelers tendered the defense and indemnity of Barr & Barr, JMDH and Jetro in the Underlying Action to CRC/SNIC.

21. By correspondence dated March 10, 2022, SNIC rejected Travelers's tender indicating SNIC would only agree to fund a 50% SNIC/50% Travelers split of the costs for the defense of Barr & Barr, JMDH and Jetro in the Underlying Action.

22. To date, SNIC still refuses to provide a complete defense and indemnity to Barr & Barr, JMDH and Jetro under the SNIC Policy with respect to the Underlying Action even though Barr & Barr, JMDH and Jetro qualify as additional insureds under the SNIC Policy.

## CAUSE OF ACTION FOR DECLARATORY RELIEF

23. Travelers repeats, realleges, and incorporates each and every allegation contained in paragraphs "1" through "22" above as if fully set forth herein.

24. Barr & Barr, JMDH and Jetro qualify as additional insureds under the SNIC Policy.

25. The coverages provided to Barr & Barr, JMDH and Jetro under the SNIC Policy are primary and non-contributory to any coverage provided by the Travelers Policy.

26. Accordingly, Travelers seeks a declaration that SNIC has an obligation to defend and indemnify Barr & Barr, JMDH and Jetro as additional insureds under the Policy; that the coverages provided by the SNIC Policy to Barr & Barr, JMDH and Jetro are primary; and that the

obligations of Travelers to Barr & Barr, JMDH and Jetro in the Underlying Action are excess to proper exhaustion and full payment of the limits of the SNIC Policy.

27. In addition, Travelers seeks an award at law and in equity against SNIC for recovery of all sums Travelers has paid and continues to pay in the defense of Barr & Barr, JMDH and Jetro in the Underlying Action because the coverages provided by the SNIC Policy are primary to any coverage provided by Travelers.

WHEREFORE, Plaintiff Travelers respectfully requests that this Court issue judgment as follows:

1. Declaring Barr & Barr, JMDH and Jetro are additional insureds under the SNIC Policy to whom SNIC owes coverage with respect to the Underlying Action;

2. Declaring that SNIC has a duty to defend Barr & Barr, JMDH and Jetro in the Underlying Action up to and including the respective policy limits of the SNIC Policy;

3. Declaring that all coverage owed by SNIC to Barr & Barr, JMDH and Jetro with respect to the Underlying Action is primary to any coverage provided by Travelers to Barr & Barr, JMDH and Jetro;

4. Declaring that the obligations of SNIC to Barr & Barr, JMDH and Jetro with respect to the Underlying Action are primary to any obligations of Travelers to Barr & Barr, JMDH and Jetro;

5. Declaring that the obligations of Travelers to Barr & Barr, JMDH and Jetro in the Underlying Action are excess to proper exhaustion and full payment of the respective limits of the SNIC Policy by means of a verdict, judgment, or settlement;

6. Awarding judgment against SNIC in an amount equal to the sums that Travelers incurred and continues to incur in defending the claims against Barr & Barr, JMDH and Travelers in the Underlying Action;

7. Awarding judgment against SNIC in an amount equal to any sums that Travelers may incur to resolve the claims and indemnify Barr & Barr, JMDH and Travelers in the Underlying Action;

8. Granting an award in favor of Travelers for the costs of suit incurred herein; and

9. Granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 24, 2023

**RESPECTFULLY SUBMITTED:**

**USERY & ASSOCIATES**


By: \_\_\_\_/s/Michael E. Buckley_____
      Michael E. Buckley
      Attorneys for Plaintiffs
      The Travelers Fire Insurance Company
      Main: 917.778.6680
      Fax: 844.571-3789
      Email: mbuckle4@travelers.com

      <u>Please address all correspondence sent by mail to:</u>
      P.O. Box 2996
      Hartford, CT 06104-2996

      <u>Physical Address</u>:
      485 Lexington Avenue, 6th Floor
      New York, NY 10017